AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| LINDA SCHALLER CANTELLI<br>900 East Park Avenue<br>Enterprise, AL 36330 | Case Number:  1:06cr170-WHA |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __Linda Schaller Cantelli__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)

in violation of Title _____21_____ United States Code, Section(s) __846 and 841(a)(1)__

| DEBRA P. HACKETT | BY: _[signature]_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK | 7/12/06 - Montgomery, AL |
| Title of Issuing Officer - CLERK | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |