IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Southern_ DIVISION

UNITED STATES OF AMERICA )
)
v )
)
Linda Cantelli ) CR. NO. 1:06170-WHA
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Linda Cantelli, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

7/26/06
DATE

_[signature]_
DEFENDANT

_[signature] C E Veverka_
ATTORNEY FOR DEFENDANT