COURTROOM DEPUTY'S MINUTES          DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDING: 11:27-11:35 a.
                                    COURT REPORTER:    11:36-11:40 a.

☒ ARRAIGNMENT          ☐ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NUMBER: 1:06CR170-WHA          DEFENDANT NAME: Linda Schaller CANTELLI
USA: Morris                         DEFENDANT ATTORNEY: Vercelli
                                    Type counsel ( ) Waived; ( ) Retained; (✓) CJA; ( ) FPD
                                    ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:

Interpreter present? (✓) NO; ( ) YES    Name:

✓ This is defendant's FIRST APPEARANCE.
✓ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
✓ ORAL ORDER appointing ~~Federal Public Defender~~ CJA. Notice of Appearance to be filed.
  WAIVER OF INDICTMENT executed and filed.
  INFORMATION filed.
  Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:     ☒ Not Guilty
          ☐ Guilty as to:
              ☐ Count(s):
              ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                             ☐ to be dismissed at sentencing
  Written plea agreement filed   ☐ ORDERED SEALED
  ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
  CRIMINAL TERM:              ☐ WAIVER OF SPEEDY TRIAL filed.
          DISCOVERY DISCLOSURE DATE:
ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
✓        ☐ Trial on _____; ☐ Sentencing on _____
ORDER: Defendant remanded to custody of U.S. Marshal for:
         ☒ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                 ☐ Defendant requests time to secure new counsel