## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **1:06-CR-00170-WHA** |
| | **)** | |
| **LINDA SCHALLER CANTELLI** | **)** | |

### NOTICE OF APPEARANCE FOR LINDA CANTELLI

The undersigned, Charles E. Vercelli, Jr., hereby files this notice of appearance on behalf of Defendant Linda Cantelli.  Please forward all pleadings to the attention of the undersigned.

Respectfully submitted this the 2nd  day of August, 2006.

**s/ C. E. Vercelli, Jr.**
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  334-834-8805
FAX:  334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.

**s/ C. E. Vercelli, Jr.**
Of Counsel

511-06\Not of Appear CEV.wpd