IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.1:06-cr-170-WHA-DRB |
| v. | ) | |
| | ) | |
| LINDA SCHALLER CANTELLI | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on August 8, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of LINDA SCHALLER CANTELLI to Special Agents Devin Whittle and/or Bob Greenwood, from August 9, 2006, through May 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Devin Whittle and/or Bob Greenwood shall return said prisoner into the custody of the United States Marshals Service when he has finished with her.

Done this the _____ day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE