| COURTROOM DEPUTY MINUTES | DATE: AUGUST 30, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:21 - 11:27 |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06-CR-170-WHA-DRB**    DEFT. NAME: **LINDA S. CANTELLI**

USA: **A. CLARK MORRIS**    ATTY: **TODD HUGES**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.    Date of Arrest _____ or  ☐ Rule 5 Arrest
- ☐ Kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG**  ☐ held; ☐ Set for _____;  ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
    ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.    Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.    Waiver of Preliminary hearing;
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.    ARRAIGNMENT SET FOR: _____  ✓ **HELD**. Plea of **NOT GUILTY** entered.
    ✓ Trial Term **1/8/07** ;  ☐ **PRETRIAL CONFERENCE DATE:** _____
    ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt    Waiver of Speedy Trial Act Rights Executed.