# EXHIBITS TO DEFENDANT CANTELLI'S MOTION FOR PRE-TRIAL RELEASE



IN THE DISTRICT COURT FOR
COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION

STATE OF ALABAMA,

 Plaintiff,

vs.

LINDA S. CANTELLI,

 Defendant.

CASE NO. DC 2006-849
thru DC 2006-850

## ORDER

These matters came before the court September 6, 2006, upon the Defendant's "Motion to Reduce Bond." Upon consideration of the arguments presented,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Bail is set at $2,500.00 cash or secured bond in case number DC 2006-849.
2. Bail is set at $2,500.00 cash or secured bond in case number DC 2006-850.
3. The Defendant is allowed to apply for bond from her place of federal custody at the Autauga County Jail and be released upon bond without her having to personally appear at the Coffee County Jail. Upon her release from federal custody she shall forthwith check with the Coffee County Sheriff's Office to insure that all information to ensure her continuance on bond has been provided.
4. Upon the Defendant's release from Federal Custody, the Defendant shall provide this court with and / all conditions of release imposed by the Federal Authorities.

Notice shall issue to State and Hon. Everett Urech.

DONE THIS THE 7th day of September, 2006.

FORWARDED TO CLERK

SEP 0 7 2006

B. PAGE SHERLING
DISTRICT JUDGE

c: DA
E.U.
faxed to S.O.

DISTRICT COURT JUDGE

09/12/2006  15:05    3348946472            COFFEE COUNTY SHERIF            PAGE  02



**BENJAMIN M. "BEN" MOATES**
SHERIFF
**COFFEE COUNTY SHERIFF'S DEPARTMENT**
4 COUNTY COMPLEX
NEW BROCKTON, ALABAMA 36351

TELEPHONE
(334) 894-5535

September 12, 2006

To Whom It May Concern:

    Linda Cantelli has signed a good and sufficient bond for the Coffee County Sheriff's Department on the charges of Manufacturing and Trafficking. At the request of Judge Paul Sherling and the approval of Sheriff Ben Moates, Linda Cantelli is released from custody of this Agency as of September 12, 2006.

    Thank you for your assistance in this matter.

Sincerely Yours

Ben Moates
Ben Moates, Sheriff

| State of Alabama Unified Judicial System Form CR-11 Rev. 1/96 | APPEARANCE BOND | Case Number DC-06-850 |
|---|---|---|

IN THE __District__ COURT OF __Coffee (Enterprise Dis.)__, ALABAMA
(Circuit, District or Municipal)        (Name of County or Municipality)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. __Linda S. Cantelli__, Defendant

I, __LS Cantelli__ (Defendant), as principal,

and I (we), _____
(please print)

_____, as surety(ies), agree to pay the ☒ State of Alabama ☐ the above-named municipality the sum of $__2500.00__ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on __09/28/2006__ (date) at __8:30 A__.m. (time) (If date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of __Manf. In Controlled Substance__ or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant: __Linda Cantelli__ (L.S.)
Address (print): __3055 Co Rd 651__ City: __Chancellor__ State: __AL__ Zip: __36316__

Signature of Surety/Agent of Professional Surety or Bail Company (L.S.)

Date: __09/08/2008__

Approved by: __Sheriff Ben Moates__ Judge/Magistrate/Sheriff

By: Deputy Sheriff

**Defendant's Information**

Date of Birth: __1-28-57__  Sex: __F__  Height: __5'4"__  Weight: __130__  Employer: _____
Social Security Number: __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__  Race: __W__  Hair: __Brn__  Eyes: __Blk__  Employer's Address: _____
Driver's License Number: _____  State: _____  Telephone Number: __334-347-1183__  Employer's Telephone Number: _____

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy

| State of Alabama Unified Judicial System<br>Form CR-11 Rev. 1/96 | **APPEARANCE BOND** | Case Number<br>DC-06-849 |
|---|---|---|

IN THE **District** (Circuit, District or Municipal) COURT OF **Coffee (Enterprise Div.)** (Name of County or Municipality), ALABAMA

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. **Linda S. Cantelli**, Defendant

I, **L S Cantelli** _____ (Defendant), as principal,
and I (we), _____ (please print)
_____, as surety(ies), agree
to pay the ☐ State of Alabama ☐ the above-named municipality the sum of $**2500.00** (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on **09/28/2006** (date) at **8:30 A** .m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of **Trafficking In Contr Substance** or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant: **Linda Cantelli** (L.S.)
Address (print): **3055 Co Rd 651** City: **Chancellor** State: **AL** Zip: **36316**

Signature of Surety/Agent of Professional Surety or Bail Company: _____ (L.S.)

Date: **09/08/2006**
Approved by: Judge/Magistrate/Sheriff: **Sheriff Ben Moates**

**Defendant's Information**

| Date of Birth: **11-28-57** | Sex: **F** | Height: **5'4"** | Weight: **130** | Employer: |
| Social Security Number: **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** | Race: **W** | Hair: **Brn** | Eyes: **Blk** | Employer's Address: |
| Driver's License Number: | State: | Telephone Number: **334-347-1183** | Employer's Telephone Number: |

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy