IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA -DRB |
| | ) | |
| LINDA SCHALLER CANTELLI | ) | |

### ORDER

Defendant Cantelli's *Motion for Pre-Trial Release*, filed with exhibits on September 12, 2006 (Doc. 165) represents her release from state custody on bond, the United States' lack of opposition to her release on federal bond and conditions, and her entitlement to release under 18 U.S.C. 3142(b). For good cause, it is

**ORDERED** that the *Motion* is **set for determination before the undersigned at 3:00 p.m. on September 14, 2006, in District Courtroom 4A**. The United States Marshal shall ensure the Defendant's presence, and the United States Probation Office shall prepare a recommendation of the Motion for Pre-Trial Release.

DONE THIS 13TH DAY OF SEPTEMBER, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE