# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 9/14/2006

DIGITAL RECORDING: _3:02-3:10 pm_

- ☐ / INITIAL APPEARANCE
- ☑ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE __Boyd__          DEPUTY CLERK: __slq__

CASE NO. __06CR170-WHA__          DEFT. NAME: __Linda Schaller CANTELLI__

USA: __Morris__          ATTY: __Charles Vercelli__

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: __Wood__

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES  NAME:_____

☐kars.          Date of Arrest _____ or  ☐ karsr40
☐kia.          Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
☐kcnsl.          Deft. First Appearance with Counsel
☐          Deft. First Appearance without Counsel
☐          Requests appointed Counsel    ☐ ORAL MOTION for Appointment of Counsel
☐kfinaff.          Financial Affidavit executed  ☐ to be obtained by PTSO
☐koappted          **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
☐k20appt.          Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐          Deft. Advises he will retain counsel. Has retained _____
☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐  To be followed by written motion;
☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
☐kdmhrg.          **Detention Hearing** ☐ held; ☐ set for _____
☐kotempdtn.          **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐kodtn.          **ORDER OF DETENTION PENDING TRIAL** entered
☑kocondrls.          Release order entered.  Deft. advised of conditions of release
☑kbnd.          ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
          ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐kloc.(LC)          Bond **NOT** executed. Deft to remain in Marshal's custody
☐          Preliminary Hearing ☐ Set for _____
☐ko.          Deft. **ORDERED REMOVED** to originating district
☐kwvprl.          Waiver of  ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐          Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
☐karr.          **ARRAIGNMENT** SET FOR: _____  ☐ HELD.  Plea of **NOT GUILTY** entered.
          ☐Set for _____Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
          **DISCOVERY DISCLOSURES DATE:** _____
☐krmknn.          NOTICE to retained Criminal Defense Attorney handed to Counsel
☐krmvhrg.          Identity/Removal Hearing set for _____
☐kwvspt          **Waiver of Speedy Trial Act Rights Executed**