# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☒ Southern    ☐ Eastern

HON. Delores R. Boyd              AT Montgomery, Alabama
DATE COMMENCED 9-25-2006          @ 11:04 ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006          @ 11:05 ☐ a.m. ☐ p.m

CASE NO. 1:06CR170-WHA

UNITED STATES OF AMERICA                VS.        LINDA SCHALLER CANTELLI
Plaintiff(s)                                       Defendant(s)

### APPEARANCES

Plaintiff(s)/Government              Defendant(s)

Clark Morris                         Charles Vercelli

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.          Crt Rptr: _____
Law Clerk: _____                   Interpreter: _____
USPO/USPTS: _____                  Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference        ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**
Pending Motions: None
Discovery Status: Complete          Plea Status: Plea
Trial Status/Length: 3 Days         Trial Term: 1-8-07