IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 1:06-CR-170-WHA |
| ) | |
| LINDA SCHALLER CANTELLI ) | |

### NOTICE OF INTENT TO CHANGE PLEA

Defendant Cantelli, through counsel, gives notice that she intends to change her plea in this matter to GUILTY.

Counsel for Defendant advises the Court that counsel has unavoidable conflicts with any change of plea hearing on the following dates: December 18, 20, 21, 27. Counsel will be in Opelika and Auburn on all of these days for depositions and/or court appearances (pretrial conference) in the same litigation, Davis, et al. vs. Hanson, et al., Lee County Circuit Court case no. CV-2002-085. That case is scheduled for trial for three weeks beginning on January 29, 2007, and the depositions cannot be rescheduled. Counsel is available for a hearing on any other business day in December.

Respectfully submitted this the 14th day of December, 2006.



/s/ C. E. Vercelli, Jr.
CHARLES E. VERCELLI, JR. (VER003)

OF COUNSEL:
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: 334-834-8805
FAX: 334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

/s/  C. E. Vercelli, Jr.
Of Counsel

511-06\Not Intent Change Plea.1