IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06CR170-WHA |
| | ) | |
| LINDA SCHALLER CANTELLI | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing presently set for **December 19, 2006 at 10:00 a.m.** be and is hereby **RESET** for **December 19, 2006**, at **11:00 a.m.,** in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 15th day of December, 2006.

                                           /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE