| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:20 – 1:24 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY  **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR170-WHA-CSC  **DEFENDANT NAME:** MICHAEL W. CATRETT, ET AL

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. A. CLARK MORRIS | DONNIE BETHEL (M. Catrett) |
| | TIM. HALSTROM (P. Catrett) |
| | ~~RICHARD WALDROP (D. Williams)~~ |
| | JOHN POTI (T. Roberts) |
| | ~~MALCOLM NEWMAN (D. Wallace)~~ |
| | CHARLES VERCELLI (L. Cantelli) |
| | PATE DEBARDELEBEN (Amy Lolley) |
| | DANIEL HAMM (C. Michiles) |
| | JAMES R. COOPER (Roy Wallace) |
| | ~~RICHARD KEITH (J. Bumpashin)~~ |
| | JAY LEWIS (S. Pittman) |

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** NONE.

☑ **PLEA STATUS:** all possible pleas except Deft. Pittman.

☑ **TRIAL STATUS:** will take 3 days to try case if goes to trial

☐ **REMARKS:**