COURTROOM DEPUTY MINUTES  DATE: DECEMBER 18, 2006   FTR RECORDING: 11:07 - 11:18

MIDDLE DISTRICT OF ALABAMA                COURT REPORTER: RISA ENTREKIN

❏ ARRAIGNMENT        √ CHANGE OF PLEA        ❏ CONSENT PLEA
                ❏ RULE 44(c) HEARING        ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:06CR170-WHA-CSC | DEFENDANT NAME: LINDA SCHALLER CANTELLI |
| AUSA: A. CLARK MORRIS | DEFENDANT ATTY: CHARLES VERCELLI |
| | Type Counsel:  ( ) Waived;  ( ) Retained;  (√) Panel CJA;  ( ) CDO |
| USPTS/USPO: | |
| Defendant ____ does  √ does NOT need and interpreter.  Name: _____ ||

❏   This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
❏   Financial Affidavit executed.  **ORAL MOTION** for Appointment of Counsel.
❏   **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.
❏   **WAIVER OF INDICTMENT** executed and filed.
❏   **FELONY INFORMATION** filed.
❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity
   √ Guilty as to:   √ Count(s) __1__   of the **Superseding Indictment.**
               ❏ Count(s) _____   ❏ dismissed on oral motion of USA;
                              ❏ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
❏   No Plea Agreement entered   √ Written plea agreement filed.  ❏ ORDERED SEALED.
√   **ORAL ORDER** Adjudicating defendant guilty.
√   **ORAL ORDER:** Defendant Continued   √ Same Conditions/Bond imposed by Mag. Judge;
   ❏ Released on Bond & Conditions of Release for:   ❏ Trial on _____;
   ❏ Sentencing on _____;   ❏ to be set by Separate Order
❏   **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ Set by separate Order.