IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           )

vs.                                )    CR. NO. 1:06cr170-WHA

LINDA SCHALLER CANTELLI            )

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the sentencing of this

Defendant, previously scheduled for March 20, 2007, at 9:00 a.m. is RESET for March 20, 2007,

at **10:00 a.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

DONE this 17th day of January, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE