IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:06-CR-00170-WHA |
| ) | |
| LINDA SCHALLER CANTELLI ) | |

**DEFENDANT CANTELLI'S NOTICE OF FILING
EVIDENCE FOR SENTENCING**

Pursuant to Federal Rule of Criminal Procedure 32(h)(2), Defendant Cantelli hereby produces for the Court's consideration various letters written on her behalf by the following persons: Reverend Donny Thrasher (Defendant's Pastor), Attorney Joe Sawyer, Jr., Glenda Rushing (Defendant's sister), Florene Rushing (Defendant's mother), Tammie Varner (Defendant's long-time friend), and Sarah Hols (Defendant's employer since she was released on pre-trial release).

These documents may have been mailed by these persons directly to the Court. If so, they probably were not connected with this file as they do not appear to have case numbers or case names associated with the filings. The Defendant would ask this Honorable Court to review these matters prior to her sentencing hearing. In addition, Defendant will request at the sentencing hearing an opportunity to make a statement to the Court and to have several of these persons make statements to the Court for the Court's consideration before imposing sentence. Defendant anticipates approximately 15 minutes to 25 minutes for these persons to testify.

**WHEREFORE,** for good cause shown, Defendant moves this Honorable Court to consider these letters to the Court and to give the Defendant an opportunity to have the witnesses testify at the sentencing hearing.

Respectfully submitted this the 2nd day of March, 2007.

                s/ C. E. Vercelli, Jr.
                **CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: 334-834-8805
FAX: 334-834-8807
cvercelli@vercelli-law.com


## CERTIFICATE OF SERVICE

 I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.

                s/ C. E. Vercelli, Jr.
                Of Counsel

511-06\Mot-File-Evid-Sentencing.2.wpd