**J. E. SAWYER, JR.**
Lawyer
203 South Edwards Street
ENTERPRISE, ALABAMA 36330

Telephone (334) 347-6447
Facsimile (334) 347-8217
Email address – jesawyer@roadrunner.com

February 20, 2007

Honorable W. Harold Albritton
US District Judge for the Middle District of Alabama
P O Box 711
Montgomery, AL  36101-0711

RE:   *Linda Cantelli*

Dear Judge Albritton:

I am writing to you in reference to the above individual. She has asked me to write to you in connection with criminal charges pending in the Middle District against her. This I suppose is in the nature of a character reference for her. I might add that I am glad to help her in any fashion I can.

Linda is known to me both professional and personally. I have known her for twenty (20) years. Her family lives locally. Economically, she and her family have struggled but she has always maintained herself and her family single-handedly with little complaint, sometimes working two to three jobs to sustain them. Professionally, I have represented Linda in a divorce and some employment disputes, nothing like the charges and sentencing she now faces.

I am aware of the criminal charges against her. While the charges are surprising to me, she faces this challenge as she has faced other (economic) challenges in the past, namely, with an attitude of I am in this situation and I need to "get it straight and move on in the right direction." There is little doubt to her integrity.

Judge, I am happy to write this letter for Linda. She is someone I feel like I can depend on.

Very sincerely yours,

*Joe Sawyer*

J. E. Sawyer, Jr.

/mjs

Glenda Rushing
3055 County Rd 651
Chancellor, Al 36316

Your Honor

My name is Glenda Rushing my sister is Linda Cantelli. I wanted to tell you a little about Linda.  First let me say how Very Proud we are of Linda. Linda's last marriage ended with a lot of heartbreak for her, her husband left her for another woman and Linda was really hurt, she met this guy (Craig) he got her on the meth, he would knock her around and even chocked her until she became unconscious, she tried to tell the police there what he was doing and that he had drugs.

Your Honor Linda is my only sister and I do love her very much, I am so thankful that she has been given back to us. I am also thankful that she was taken to where she could get the drugs out of her system, Linda has been out of jail since Thursday, September 14, 2006 and she is doing great, she is going to church and is baptized, and she is working and keeping herself drug free. Linda has proven that she is making every effort to keep her life straight and I pray that you will give her a second chance, I know that Linda will probably have to serve some time in prison, but I ask you please let her come back to the family soon, my Mother's health isn't good and I am afraid if Linda gets a long sentence that mama wont be around when she gets out. Linda has definitely turned her life around and I believe she will be a good asset to society.

Thank you for your time and consideration

_____
Glenda Rushing

Florene Rushing
800 Rd Damascus Apt #5
Enterprise, Al 36330
334-393-2817

Friday, February 23, 2007

Re: Linda Cantelli   case # 1:06-CR-170-WHA

Linda Cantelli is my daughter, I am writing to you in hopes and prayers that you will help to give her a second chance. Linda is scheduled for sentencing March 2007.
Linda is really a good, hard working person who never wants to be in this situation again, she has turned her life back around and she is doing great, We are so very Proud of her! She is staying Clean! She is working, attending church and has gotten baptized. We do appreciate that Linda was released from jail so she could be with the family, and pray that she does not have to serve a long sentence. Linda has two Grandson's one has been fighting cancer since he was three weeks old, they both need and want her in their life, as we all do, I am almost 73 years old and my health isn't good, I want to be around when she gets out. I pray that you can help give her a second chance at life and with her family. Linda is an asset to society.

Thank you for you time and any help you might give


_____
Florene Rushing

Case #
1:06-CR-170-WhA

Feb. 13 2007

Dear Sir,

I am writing you this letter concerning a dear friend of mine, Linda Cantelli. Sir Linda will be going in front of you for Drug Charges, March 20, 07. I pray Sir that you will see that Linda is not a bad person. She was just at the wrong place at the wrong time. Linda has always worked very hard all her life and has been through alot also. But Sir, I feel that she has learned a hard lesson in life, by chosing the wrong friends. She is a Grandmother and a Mom, and sir her 2 grandsons need her in their lives, One of them has Canar, and Sir what she has been through the past few months, she see's that life is more precious to her than anything. Sir what I am asking you is please don't take her from her family that love and need her so much, and I need her to cause she has been a good friend of mine for many years, please let her come back home to her Mom & Family, and I know you'll never regret giving her life back to her.

PH # 334-894-0224

Thank-You Sir,

Tammie Varner

*Sarah's Stop-N-Go*

**PETRO**

CAse # 1:06-CR-170-WhA

P.O. Box 721, Elba, Al 36323
Phone:(334) 894-0303

To Whom It May Concern:

Linda Cantelli is employed here at Sarah's Stop-N-Go, and has been here for approximately five months now. She is doing very well on the job, she reports to work as schedules, and is a very reliable employee.

Thank-you,

*Sarah Hly*

Sarah's Stop-N-Go