# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:06CR00170-WHA-CSC-6 |
| | ) | |
| LINDA SCHALLER CANTELLI | ) | |

## PETITION FOR CONTINUANCE

COMES NOW, Leslie P. Hopek, Chief United States Probation Officer, and petitions this Honorable Court for a continuance for the sentencing hearing in the above entitled cause.

DATED this __13th__ day of March, 2007.

       /s/ Leslie P. Hopek
       Leslie P. Hopek
       Chief United States Probation Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR00170-WHA-CSC-6 |
| | ) | |
| **LINDA SCHALLER CANTELLI** | ) | |

### O R D E R

The Petition filed by Chief U.S. Probation Officer Leslie P. Hopek on March 13, 2007, is hereby granted upon good cause shown, and the above entitled sentencing hearing is rescheduled to be heard on the April 17, 2007, at 10 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The probation office shall disclose to the parties the first draft of the presentence report no later than March 19, 2007. The defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report no later than April 2, 2007. The parties shall be available for a conference with the probation officer on April 4, 2007, at 1:00 p.m., to discuss and resolve, if possible, factual and legal issues contained in the presentence report. The probation office shall submit the revised presentence report to the court no later than April 10, 2007

DONE this _____ day of March, 2007.

_____
W. Harold Albritton
Senior United States District Judge