IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 1:06cr170-WHA |
| LINDA SCHALLER CANTELLI | ) |

## ORDER

This case is before the court on the Defendant's Motion to Continue Sentencing (Doc. #386), filed on March 23, 2007. For good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the sentencing of the Defendant, previously scheduled for April 17, 2007, is RESCHEDULED for Thursday, April 12, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 2nd day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE