05) Judgment in Criminal Case
— Imprisonment

Judgment — Page __2__ of __6__

ANT:        LINDA SCHALLER CANTELLI
UMBER:     1:06CR170-06-WHA

RECEIVED

## IMPRISONMENT

2007 JUN -8 P 5: 25

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty four (24) months. This sentence shall be served concurrently with any sentence that may be imposed in cases now pending in Coffee County, AL.

X  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on     May 29, 2007     .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

have executed this judgment as follows:

Defendant delivered on  5-29-07  to  FPC Alderson

t  Alderson WV , with a certified copy of this judgment.

Deborah Hickey Warden
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED

JUN 1 2 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.